GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111
Telephone:   415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant
SHOPIFY (USA) INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW LAZARES, an individual, on behalf of himself, and all others similarly situated;<br><br>    *Plaintiff,*<br><br>    v.<br><br>SHOPIFY (USA), INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    *Defendants.* | CASE NO. 4:24-CV-07125-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S 12(C) MOTION**<br><br>Action Filed:   June 10, 2024<br>Trial Date:   None Set |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S 12(C) MOTION
CASE NO. 4:24-CV-07125-HSG

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Matthew Lazares ("Plaintiff") and Defendant Shopify (USA) Inc. ("Defendant"), acting by and through their respective counsel of record, hereby stipulate and respectfully submit as follows:

WHEREAS, on November 18, 2024, Defendant filed a Motion for Judgment on the Pleadings on Plaintiff's UCL Claim and All Requests for Equitable Relief pursuant to Federal Rule of Civil Procedure 12(c) ("12(c) Motion"), and noticed the hearing for January 23, 2025;

WHEREAS, pursuant to Civil Local Rules 7-3(a) and (c), the deadline for Plaintiff to file an opposition to Defendant's 12(c) Motion is December 2, 2024, and the deadline for Defendant to file a reply in support of the 12(c) Motion is December 9, 2024;

WHEREAS, having met and conferred, the Parties agree and respectfully submit that an extension of the aforementioned deadlines is warranted to minimize interference with the upcoming holidays and to accommodate one another's preexisting personal and professional obligations;

WHEREAS, the Parties have agreed and stipulate that Plaintiff shall have until December 23, 2024, to file any opposition, and that Defendant shall have until January 13, 2025, to file any reply;

WHEREAS, there have been no previous modifications of time in this case, and this extension of time will not alter the date of any event or deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, that:

1. Plaintiff's deadline to file an opposition to Defendant's 12(c) Motion is extended to December 23, 2024; and

2. Defendant's deadline to file a reply in support of its 12(c) Motion is extended to January 13, 2025.

**IT IS SO STIPULATED.**

DATED: November 20, 2024

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS
JOSEPH R. ROSE

By: /s/ *Rachel S. Brass*
       Rachel S. Brass

Attorneys for Defendant
SHOPIFY (USA) INC.

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S 12(C) MOTION
CASE NO. 4:24-CV-07125-HSG

| | |
|---|---|
| DATED: November 20, 2024 | VALLES LAW, P.C. |
| | By: /s/ *Daniel Valles* |
| | Daniel Valles |
| | Kayla Rathjen |
| | |
| | Attorneys for Plaintiff |
| | MATTHEW LAZARES, ON BEHALF OF HIMSELF, AND ALL OTHERS SIMILARLY SITUATED |

3

JOINT STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S 12(C) MOTION
CASE NO. 4:24-CV-07125-HSG

Gibson, Dunn & Crutcher LLP

## **CIVIL L.R. 5-1(i) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Rachel S. Brass, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

DATED: November 20, 2024

By: /s/ *Rachel S. Brass*
Rachel S. Brass

.

4
JOINT STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S 12(C) MOTION
CASE NO. 4:24-CV-07125-HSG

Gibson, Dunn & Crutcher LLP

**ORDER**

Having reviewed the Joint Stipulation and Proposed Order Extending Opposition and Reply Deadlines for Defendant's 12(c) Motion, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's deadline to file an opposition to Defendant's 12(c) Motion is extended to December 23, 2024; and

2. Defendant's deadline to file a reply in support of its 12(c) Motion is extended to January 13, 2025.

**IT IS SO ORDERED.**

DATED:  11/21/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

.

Gibson, Dunn & Crutcher LLP