# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW LAZARES

                Plaintiff(s)

v.

SHOPIFY (USA), INC.

                Defendant(s)

CASE No. 4:24-CV-07125-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  The Parties have agreed to mediate with the Hon. Amy Hogue (Ret.) with Signature Resolution and conduct limited discovery prior to mediation

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 08/8/2025

Date: April 7, 2025

/s/ Daniel Valles
Attorney for Plaintiff

Date: April 8, 2025

/s/ Rachel S. Brass
Attorney for Defendant

---

☒ **X**    IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 4/9/2025

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019