UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LAZARES, | Case No. 24-cv-07125-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| SHOPIFY (USA), INC.,, | |
| Defendant. | |

A case management conference was held on April 1, 2025. Having considered the parties' proposals, *see* Dkt. No. 26, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 31, 2025 |
| Close of Fact Discovery | December 19, 2025 |
| Last day for Plaintiff to move for class certification and serve related expert reports | February 2, 2026 |
| Last day for Defendant to oppose class certification and serve related expert reports | March 20, 2026 |
| Last day for Plaintiff to file reply in support of class certification motion | April 20, 2026 |
| Class Certification Hearing | May 14, 2026, at 2:00 p.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   4/10/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge