1 | Daniel Valles (SBN 269137)
2 | dan@valles.law
  | Kayla M. Rathjen (SBN 330046)
3 | kayla@valles.law
  | **VALLES LAW, P.C**
4 | 1230 Rosecrans Avenue, Suite 300
  | Manhattan Beach, CA 90266
5 | Telephone: (415) 234-0065
  | Facsimile: (510) 369-2075

6 | Attorneys for Plaintiff
  | MATTHEW LAZARES
7 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW LAZARES, an individual; | Case No. 4:24-CV-07125-HSG |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| SHOPIFY (USA), INC., a Delaware corporation, and DOES 1 through 50, inclusive; | Courtroom: 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

- 1 -

JOINT STIPULATION OF DISMISSAL AND ORDER

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the Parties to the above-entitled action, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-entitled action, and each and every count and claim asserted therein, is hereby dismissed with prejudice as to Plaintiff Matthew Lazares, and <u>without</u> prejudice as to all other individuals similarly situated.  Furthermore, each party is to bear its own attorneys' fees and costs;

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the Clerk of the United States District Court for the Northern District of California, without further notice;

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Court, the United States District Court for the Northern District of California, shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement if a dispute arises between the parties thereto.

**VALLES LAW, P.C.**

DATED: August 20, 2025

By: /s/ *Daniel Valles*
Daniel Valles

Attorneys for Plaintiff
MATTHEW LAZARES

**GIBSON, DUNN & CRUTCHER LLP**

DATED: August 20, 2025

By: /s/ *Joseph Rose*
Joseph R. Rose

Attorneys for Defendant
SHOPIFY (USA) INC.

**CIVIL L.R. 5-1(i) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Daniel Valles, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

DATED: August 20, 2025

                                        By: /s/ *Daniel Valles*
                                              Daniel Valles

.

**ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Matthew Lazares and without prejudice as to all other individuals similarly situated. All other existing dates and deadlines are hereby vacated. This Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement if a dispute arises between the parties thereto.

**IT IS SO ORDERED.**

DATED:  8/21/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

.